UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEMETRIUS WELLS**                                          **CIVIL ACTION**

**VERSUS**                                                   **NO. 06-1054**

**SHERIFF DANIEL EDWARDS, ET AL.**                           **SECTION: "K"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Dr. Authur Mauterer and Dr. Ronald Goldsby for deliberate indifference to serious medical needs are allowed to proceed at this point.

**IT IS FURTHER ORDERED** that plaintiff's claims against the Lallie Kemp Hospital are **DISMISSED WITHOUT PREJUDICE** as barred by sovereign immunity.

**IT IS FURTHER ORDERED** that all of plaintiff's remaining claims against all other defendants are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1)

New Orleans, Louisiana, this  17th  day of            May           , 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE